Ryan Loosvelt, Esq. | SBN 235159
BIGHORN LAW
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, NV 89032
Phone: (702) 333-1111
Email: ryan.loosvelt@bighornlaw.com

Attorneys for Plaintiff
*JOSE ROLANDO ORELLANA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ROLANDO ORELLANA, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 50, inclusive<br><br>Defendant(s). | Case No. 4:26-cv-03719-AMO<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTIONS** |

Pursuant to Civil L.R. 6-1 and 6-2, IT IS HEREBY STIPULATED by and between Plaintiffs JOSE ROLANDO ORELLANA, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; through their undersigned counsel of record, that the deadlines for Plaintiff to oppose Defendant's Notice and Memorandum of Points and Authorities in support Its Motion to Strike Plaintiff's Third Cause of Action [ECF No. 8], Defendant's Notice and Memorandum of Points and Authorities in support Its Motion to Dismiss Plaintiff's Complaint [ECF No. 9], and Defendant's Request for Judicial Notice in support of Motion to Dismiss

Complaint [ECF No. 9-1], currently due May 20, 2026, shall be extended one week, and the Oppositions shall be due **May 27, 2026**. State Farm's reply briefs will be due on **June 3, 2026**.

The case was recently removed from state court and the Motions served on Plaintiff by mail and email on the same day they were filed, May 6, 2026. Plaintiff counsel's represents he has a conflict with his calendar with a pre-planned trip during the time set for response to the Motions requiring more time to respond, and Defendant has agreed to extend the time for these oppositions.

DATED this 19th day of May, 2026.

BIGHORN LAW

By:*/s/ Ryan A. Loosvelt*
RYAN A. LOOSVELT, ESQ.
California Bar No.: 235159
3675 W. Cheyenne Ave., Ste. 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiffs*

DATED this 19th day of May, 2026.

HAYES SCOTT BONINO ELLINGSON & GUSLANI

By:*/s/ Cherie M. Sutherland*
STEPHEN M. HAYES, ESQ.
California Bar No. 83583
CHERIE M. SUTHERLAND, ESQ.
California Bar No. 217992
333 Twin Dolphin Drive, Suite 230
Redwood City, CA 94065
*Attorneys for Defendant*

**<u>ORDER</u>**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated:

GRANTED

*Araceli Mart...*
Judge Araceli Martinez-Olguin

DATED: 7/2/2026

-2-

 Gmail

Christina Hutt <christina.hutt@bighornlaw.com>

---

# Re: [External] Orellana (Jose Rolando) v. State Farm Mutual Automobile Ins. Co., et al.

---

**Cherie M. Sutherland** <csutherland@hayesscott.com>     Tue, May 19, 2026 at 2:30 PM
To: Christina Hutt <christina.hutt@bighornlaw.com>
Cc: Ryan Loosvelt <ryan.loosvelt@bighornlaw.com>, Elizabeth Flores <elizabeth.flores@bighornlaw.com>, "Stephen M. Hayes" <shayes@hayesscott.com>, Adriana Valenzo <AValenzo@hayesscott.com>

Hi Christina –


Yes, you are authorized to use my signature /s/ Cherie M. Sutherland with the revisions.


Thank you,
Cherie



**Cherie M. Sutherland | Partner**


333 Twin Dolphin Drive, Suite 230

Redwood City, California 94065

Direct: (916) 786-5163

www.hayesscott.com


**\*\* Notice\*\***

This e-mail message constitutes an electronic communication as defined by the Electronic Communications Privacy Act, 18 U.S.C. 2510.  It is confidential and intended only for authorized recipients and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not a named recipient or have otherwise received this message in error, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message, all copies and attachments from your computer.

---

**From:** Christina Hutt <christina.hutt@bighornlaw.com>
**Sent:** Tuesday, May 19, 2026 2:15 PM
**To:** Cherie M. Sutherland <csutherland@hayesscott.com>
**Cc:** Ryan Loosvelt <ryan.loosvelt@bighornlaw.com>; Elizabeth Flores <elizabeth.flores@bighornlaw.com>; Stephen M. Hayes <shayes@hayesscott.com>; Adriana Valenzo <AValenzo@hayesscott.com>
**Subject:** Re: [External] Orellana (Jose Rolando) v. State Farm Mutual Automobile Ins. Co., et al.


*[EXTERNAL SOURCE]*